UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| T. Terell Bryan, | ) | C/A No. 5:15-cv-01483-TMC-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Warden McFadden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, T. Terell Bryan, is a state prisoner who filed this pro se Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 8, 2015, Respondent filed a Motion to Dismiss. ECF No. 11. Because Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file adequate responses. ECF No. 12. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the Motion. As such, it appears to the court that he does not oppose the Motion and wishes to abandon this action against Respondent. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's Motion to Dismiss by **August 14, 2015**. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

July 16, 2015 Kaymani D. West
Florence, South Carolina United States Magistrate Judge